(INND Rev. 8/16)

page 1



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

*[Use this form to sue for employment discrimination. NEATLY print in ink (or type) your answers.]*

LaQuisha Jackson ,

[You are the **PLAINTIFF**, print your full name on this line.]

v.

Unidine Corporation ,

[The **DEFENDANT** is who you are suing.]

3:17-cv-931

Case Number 24M-2017-00123

[For a new case in this court, leave blank.
The court will assign a case number.]

*[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]*

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. My address is: 2703 Emerson Forest Pkwy South Bend Ind 46614

2. My telephone number is: (574 ) 514-6308

3. The Defendant's address is: Unidine Corporation 1000 Washington St # 510, Boston, MA 02118

4. This action is brought for employment discrimination pursuant to:

   ● Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17.
   *[race, color, gender, religion, national origin]*

   ○ Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 to 634.

   ○ Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12112 to 12117.

   ○ Other: _____

5. I filed a charge of discrimination with the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission on: April 25th 2017

6. The date on my Notice of Right to Sue letter is: Oct, 27, 2017

7. The date I received my Notice of Right to Sue letter was: Oct, 30, 2017

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

## CLAIMS and FACTS

DO: Write a short and plain statement using simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how the defendant discriminated against you.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Unidine wrongfully terminated me after I reported sexual harassment. I had reported the sexual harassment to Brian Black. I was sexual harassed, threatened, and worked in a hostile work environment. Brian Black witnessed the threat from a St pauls employee on 1,19,16. On 1,19,16 a st pauls employee walked up on me and put her hand in my face. She stated in an aggressive tone that I was a liar and a horrible manager. I was reporting to Brian Black about the employee poor work performance and she got upset. I had made many complaints to Brian Black and nothing was done about the hostile work environment. I also reported to Brian Black that other employees complained about the St Pauls manager making sexual comments toward them. On April 17th 2017 a st pauls manager sexually harassed me. I threw a peice of straw paper toward the manager for making a joke. As I went to pick up the paper the manager stated isn't there something else you could be doing while your do there. His hand was pointed toward his genitals.

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

RELIEF – If you win this case, what do you want the court to order the defendant to do?

I would like for Uniqline to have harassment prevention training. I would like for Uniqline to pay me as if I retired from the company. Emotional Stress wrongful termination, harassment and sexual harassment.
I'm ask for 1.5 million dollars

DOCUMENTS – I have attached a copy of the following documents:

○ Charge Of Discrimination form filed with the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission

◉ Notice of Right to Sue letter

○ Other: _____

_____

FILING FEE – Are you paying the filing fee?

○ Yes, I am paying the $400.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk*.]

○ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]

LJ    I will keep a copy of this complaint for my records.

LJ    I will promptly notify the court of any change of address.

LJ    I declare **under penalty of perjury** that the statements in this complaint are true.

Shaquisha Jackson                                              12/13/17
Signature                                                            Date

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| To: Laquisha Jackson<br>2703 Emerson Forest Parkway<br>South Bend, IN 46614 | From: Indianapolis District Office<br>101 West Ohio St<br>Suite 1900<br>Indianapolis, IN 46204 |
|---|---|

| ☐ | On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a)) |
|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 24M-2017-00123 | Frederick J. BruBaker,<br>Enforcement Supervisor | (317) 226-7350 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -

(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

Enclosures(s)

_Michhelle Eisele,_
**Michelle Eisele,**
**District Director**

OCT 27 2017

(Date Mailed)

cc: Stephanie Masiello
Vice President, Legal
UNIDINE CORPORATION
1000 Washington Street
Suite 510
Boston, MA 02118