UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| LAQUISHA JACKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CAUSE NO. 3:17-cv-931 RLM-MGG |
| | ) |
| UNIDINE CORPORATION, | ) |
| | ) |
| Defendant. | ) |

ORDER

LaQuisha Jackson submitted a complaint and a petition to proceed *in forma pauperis*, which the court denied. [Doc. No. 3]. Ms. Jackson moved for reconsideration. [Doc. No. 4]. Ms. Jackson indicates that she has a family of seven, not six. In her petition, Ms. Jackson indicated that her monthly household income is $3,270, or the equivalent of $39,240 per year. The poverty guideline for a family of seven living in Indiana is $37,140 per year. HHS Poverty Guidelines, 82 Fed. Reg. 8832 (Jan. 31, 2017). Because Ms. Jackson's household income exceeds the poverty level, she must pay the filing fee before proceeding with this lawsuit.

Based on the foregoing, the court DENIES Ms. Jackson's motion for reconsideration [Doc. No. 4].

SO ORDERED.

ENTERED:   December 21, 2017

/s/ Robert L. Miller, Jr.
Judge, United States District Court

Northern District of Indiana

cc:   L. Jackson